UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGTING MA and JEREMY MA,<br><br>  Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE NAVY; MCAS MIRAMAR AIR SHOW; and DOES 1 through 75, inclusive,<br><br>  Defendants. | Case No.: 23-CV-947 TWR (WVG)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER ESTABLISHING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(ECF No. 2) |

Presently before the Court is Defendants Department of the Navy and MCAS Miramar Air Show's *Ex Parte* Application for an Order Establishing Time to Respond to Plaintiffs Chengting Ma and Jeremy Ma's Complaint ("*Ex Parte* App.," ECF No. 2), through which Defendants seek a Court Order establishing that they have sixty days from their May 23, 2023 removal to respond to Plaintiffs' Complaint, (*see id.* at 2), and which Plaintiffs do not oppose. (*See* ECF No. 2-1 ("Glover-Rogers Decl.") ¶ 4.)  Good cause

/ / /
/ / /
/ / /
/ / /
/ / /

1  appearing, the Court **GRANTS** Defendants' *Ex Parte* Application. Accordingly,
2  Defendants **SHALL RESPOND** to Plaintiffs' Complaint <u>on or before July 24, 2023</u>.
3     **IT IS SO ORDERED.**
4  Dated: May 26, 2023

_____
Honorable Todd W. Robinson
United States District Court